DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of E.H. and D.H., children.
_____

T.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2024-0416

_____

July 24, 2024

Appeal from the Circuit Court for Manatee County; Susan B. Maulucci, Judge.

Rinky S. Parwani, Tampa, for Appellant.

Meredith K. Hall, Children's Legal Services, Bradenton, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and Roxanna Patricia Figueroa, Senior Attorney, Tallahassee, for Appellee Statewide Guardian Ad Litem Office.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.